```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3111 |
| v. | ) | |
| | ) | |
| TODD LEE CUNNINGHAM JR., | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for release, filing 22, is granted in part and Pretrial Services shall arrange for screening the defendant for entry into a suitable residential dual-diagnosis treatment program.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge